Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
1736 Stockton Street, Ground Floor
San Francisco, California 94133
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Colin N. Clements

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN N. CLEMENTS,<br><br>    Plaintiff,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION, et al,<br><br>    Defendants. | Case No. 3:17-cv-01086-VC<br><br>STIPULATION FOR DISMISSAL OF ENTIRE ACTION |

IT IS HEREBY STIPULATED by and between counsel for plaintiff Colin N. Clements, counsel for defendant US Bank National Association ("US Bank"), counsel for Equifax Information Services, LLC ("Equifax"), counsel for Trans Union LLC ("Trans Union"), and counsel for Experian Information Solutions. Inc. ("Experian") that plaintiff Colin N. Clement's claims against US Bank, Equifax, Trans Union, and Experian shall be dismissed with prejudice, each party to bear its own fees and costs, pursuant to Fed. Rule Civ. Proc. 41(a)(1)(A)(ii).

Date: May 25, 2017             /s/ *Mark F. Anderson*
                                       Mark F. Anderson

                                       Attorney for Plaintiff Colin N. Clements

//

//

**STIP FOR DISMISSAL OF ENTIRE ACTION–- CLEMENTS V US BANK, NO. 3:17-CV-01086-VC**

| | | |
|---|---|---|
| 1 | Date: May 25, 2017 | /s/ *Alexandra Whitworth* |
| 2 | | Bryan Cave LLP |
| | | Three Embarcadero Center |
| 3 | | 7th Floor |
| | | San Francisco, CA 94111-4070 |

Date: May 25, 2017

/s/ *Alexandra Whitworth*
Bryan Cave LLP
Three Embarcadero Center
7th Floor
San Francisco, CA 94111-4070

Attorneys for US Bank

Date: May 25, 2017

/s/ *Thomas P. Quinn, Jr.*
NOKES & QUINN APC
410 Broadway, Suite 200
Laguna Beach, CA 92651
Telephone: 949.376.3500
Fax: 949.376.3070
Email: tquinn@nokesquinn.com

Attorneys for Equifax

Date: May 25, 2017

/s/ *Camille R. Nicodemus*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Phone: 317.363.2400
Email: cnicodemus@schuckitlaw.com

Attorneys for Trans Union

Date: May 25, 2017

/s/ *Kerry C. Fowler*
Amanda Pushinsky
JONES DAY
555 South Flower Street, 50th FL
Los Angeles, CA 90071
Phone; 213.489.3939
Fax: 213.243.2539
Email: kcfowler@jonesday.com
        apushinsky@jonesday.com

Attorneys for Experian

**FILER ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I, Mark Anderson attest under penalty of perjury under the laws of the United States that concurrence in the filing of this document has been obtained from all of the signatories.

Dated: May 25, 2017

/s/*Mark F. Anderson*
Mark F. Anderson

**STIP FOR DISMISSAL OF ENTIRE ACTION-- CLEMENTS V US BANK, NO. 3:17-CV-01086-VC**